UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MELVA ZUNIGA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-338 |
| | § | |
| CAPT. QUINA, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On November 19, 2014, Defendant, Mario A. Contreras, filed a "Suggestion of Bankruptcy," thereby, staying all further proceedings in this cause.

It is, therefore, **ORDERED** that this cause of action is **STAYED** and **ADMINISTRATIVELY CLOSED**, without prejudice, to any party to move to re-open the case within thirty (30) days following the date of resolution of Mario A. Contreras' bankruptcy or a lifting of the Bankruptcy Stay.

**IT IS SO ORDERED.**

SIGNED this 20th day of November, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation

1 / 1