UNITED STATES DISTRICT COURT
For the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

DEC 03 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| Melva Zuniga and Isabel Cruz, as Next § <br> Friend of APH (Minor) Individually, § <br> and as Legal Representative of the § <br> Estate of Arturo Hernandez Zuniga § <br> § <br> VS. § <br> § <br> Capt. Quina, Inc. Mario Adalberto § <br> Contreras, and Juan G. Rodriguez § | CIVIL ACTION NO.: 3:13-cv-00338 |

## NOTICE OF INITIATION OF BANKRUPTCY CASE AND AUTOMATIC STAY

**YOU ARE HEREBY NOTIFIED** that on November 18, 2014 Brenda Contreras, aka Brenda Isabel Contreras, aka Brenda I. Contreras, fdba The Learning Spot Education Center, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. A true copy of such Petition showing the clerk's electronic stamp is attached hereto as Exhibit "A".

**YOU ARE FURTHER NOTIFIED** that pursuant to 11 USC '362 all parties are stayed from, among other things:

1. the commencement or continuation, including the issuance or employment of process, of a judicial administrative, or other action or proceeding against the debtor that was or could have been commenced before the filing of a bankruptcy petition, or to recover a claim against the debtor that arose before the commencement of a bankruptcy case;

2. any act to obtain possession of property of the bankruptcy estate or property of the debtor, or to exercise control and dominion over any such property, wherever located; and

3. any act to collect, assess, or recover any claim against the bankruptcy estate or the debtor that arose before the date on which the bankruptcy petition was filed.

Pursuant to the above provisions of 11 USCS '362, no further proceedings may be had in this action against the Debtors, pending further order of the Bankruptcy Court.

THIS DOCUMENT IS FILED FOR NOTICE PURPOSES ONLY. NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS ENTRY OF APPEARANCE BY THE UNDERSIGNED ATTORNEY OR THE NAMED DEFENDANT/DEBTOR ON BEHALF OF DEFENDANT/DEBTOR IN THIS PROCEEDING. THE UNDERSIGNED ATTORNEY

REPREESENTS DEFENDANT(S) IN THE BANKRUPTCY PROCEEDING REFERENCED HEREIN ONLY.

Submitted this the 25th day of November, 2014.

RESPECTFULLY SUBMITTED,

LIMÓN LAW OFFICE
ATTORNEYS FOR DEBTORS
890 West Price Road
Brownsville TX 78520
(956) 544-7770/(956) 544-4949 facsimile

By: _____
/s/ Abelardo Limón, Jr.
State Bar No. 12357750

CERTIFICATE OF SERVICE

    I, Abelardo Limón, Jr., hereby certify that I served a copy of the foregoing NOTICE OF INITIATION OF BANKRUPTCY CASE AND AUTOMATIC STAY upon the following parties, via First Class Mail, this the 25th day of November, 2014.

Marc Evan Kutner
Spagnoletti & Co.
Attorneys for Plaintiffs
401 Louisiana Street, 8th Floor
Houston, TX 77002

/s/Abelardo Limón, Jr.

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 11/18/2014 at 12:00 PM and filed on 11/18/2014.

**Mario A Contreras**
1577 Pinion Drive
Brownsville, TX 78526
SSN / ITIN: xxx-xx-1921
*aka* **Mario Adalberto Contreras**
*fdba* **Capt. Quina, Inc.**

**Brenda Contreras**
1577 Pinion Drive
Brownsville, TX 78526
SSN / ITIN: xxx-xx-2827
*aka* **Brenda Isabel Contreras**
*fdba* **The Learning Spot Education Center**
*aka* **Brenda I Contreras**

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Abelardo Limon, Jr**<br>Limon Law Office PC<br>890 W Price Rd<br>Brownsville, TX 78520<br>956-544-7770 | **Cindy Boudloche**<br>Chapter 13 Trustee<br>555 N Carancahua<br>Ste 600<br>Corpus Christi, TX 78401-0823<br><br>361-883-5786 |

The case was assigned case number 14-10432 to Judge Richard S. Schmidt.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, 1133 North Shoreline Blvd #208, Corpus Christi, TX 78401.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.