**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| Melva Zuniga, et al. | § | |
| | § | |
| *versus* | § | Case Number: 3:13−cv−00338 |
| | § | |
| Capt. Quina, Inc., et al. | § | |

# Notice of Cancellation

The Telephonic Status Conference set for April 8, 2016 at 11 a.m. is CANCELLED.

Date: April 8, 2016

David J. Bradley, Clerk